1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD WHITELY, et al., | ) | |
| Plaintiffs, | ) | Case No. ED CV 08-01737 DDP (AJW) |
| v. | ) | J U D G E M E N T |
| GARY PENROD, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: October 8, 2009

_____
DEAN D. PREGERSON
United States District Judge